◼ In the Matter of ANTHONY VISCOMI, Appellant, v VILLAGE OF HERKIMER, Respondent. (Appeal No. 1.) [803 NYS2d 504]— Appeal from a decision of the Supreme Court, Herkimer County (Michael E. Daley, J.), dated October 19, 2004 in a proceeding pursuant to CPLR article 78. The decision dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967 [1987]). Present—Green, J.P., Gorski, Smith, Lawton and Hayes, JJ.